David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Charles A. Nelson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

AK

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

AK

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

AK

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the District of Alaska

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☒ Denali® Vena Cava Filter

☐ Other:

11. Date of Implantation as to each product:

09/26/2014

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:   Strict Products Liability – Manufacturing Defect

☒ Count II:  Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III:   Strict Products Liability – Design Defect

☒ Count IV:   Negligence - Design

☒ Count V:    Negligence - Manufacture

☒ Count VI:   Negligence – Failure to Recall/Retrofit

☒ Count VII:  Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX:   Negligence *Per Se*

☒ Count X:    Breach of Express Warranty

☒ Count XI:   Breach of Implied Warranty

☒ Count XII:  Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV:  Violations of Applicable __AK__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:   Loss of Consortium

☐ Count XVI:  Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

-4-

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 7th day of November, 2018.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
David P. Matthews
2905 Sackett St.
Houston, TX 77098

**FREESE & GOSS, PLLC**
Richard Freese
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 7th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews